McGREGOR W. SCOTT
United States Attorney
VINCENTE A. TENNERELLI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NO: 1:19-MJ-00110-BAM |
|---|---|
| v.<br><br>DARELL POWELL | ORDER TO UNSEAL ARREST WARRANT AND PETITION FOR ARREST WARRANT FOR OFFENDER UNDER SUPERVISION |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

Dated: 6/13/19

The Honorable Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL